UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE:

    SUDANO, INC.,
    SORTINO REALTY CORP., and
    COUVA ASSOCIATES, LTD.,

                Appellants-Debtors.

------------------------------------------------------------X

JUDGMENT
05-CV- 3435 (DLI)

An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on July 28, 2005, dismissing in its entirety appellant's application for an Order to Show Cause, for the reasons stated on the record on July 27, 2005; and dismissing the appeal with prejudice; it is

ORDERED and ADJUDGED that appellant's application for an Order to Show Cause is dismissed in its entirety, for the reasons stated on the record on July 27, 2005; and that the appeal is dismissed with prejudice.

Dated: Brooklyn, New York
        August 02, 2005

                                            ROBERT C. HEINEMANN
                                            Clerk of Court